```
AW OFFICES OF BILL LATOUR
ALEX PANUTICH [CSBN: 257274]
    1420 E. Cooley Dr., Suite 100
    Colton, California 92324
    Telephone: (909) 796-4560
    Facsimile: (909) 796-3402
    E-Mail: fed.latour@yahoo.com
```

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MOHAMED EL ARABY, | No. 8:22-cv-01567-KK |
| Plaintiff, | [~~PROPOSED~~] ORDER AWARDING EAJA FEES |
| v. | |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | |
| Defendant. | |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA attorney fees are awarded in the amount of FOUR THOUSAND DOLLARS ANS 00/100 ($4,900.00), and zero ($0.00) costs, subject to the terms of the stipulation.

DATE: September 1, 2023

_____
HON. KENLY KIYA KATO
UNITED STATES MAGISTRATE JUDGE

-1-